Rel: December 8, 2023

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0281

Sharon V. Maynor v. PennyMac Loan Services, LLC (Appeal from Calhoun Circuit Court: CV-17-900663).

MITCHELL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.